Austin TX    PD-1547-14

GeraldA Hayes

VS

STATE of TEXAS

01-09-00437 CR

FILED IN
COURT OF CRIMINAL APPEALS

JAN 30 2015

Abel Acosta, Clerk

Petitioner motion To Acquire
Documents for Court And counsel

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 23 2015

Abel Acosta, Clerk

Now Comes, Gerald A. Hayes, petitioner pro se, in the entitled cause number making a petitioning for Discretionary Review After the Court of Appeal 1st District order And memorandum Affirming judgment And Rehearing denial issued January 8 2015.

The Petitioner proceeds pursuant Rule 68 TRAP And has motioned the Court of Appeal 1st District to provide Appellate Record, motions filed in COA And orders by COA granting/denial of motions: (which have Not been provided.)

Petitioner moves the Court of Criminal Appeal And its clerk to order the Court of Appeal pursuant Rule 66.4 (a) to promptly send the Court all items within the Record to Aid in the discretionary Review. It has Repeatedly complained, motioned And objections made that the Record is inaccurate missing And incomplete. If this Neglect And Abuse continues, future claims And arguments will be Absent a complete And correct Record to refer to in briefings.

Respectfully

Gerald Hayes

1-16 2015